# Third District Court of Appeal

## State of Florida

Opinion filed February 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0280
Lower Tribunal Nos. 20-244AP, 12-24700 SP

_____

**United Automobile Insurance Company**,
Appellant,

vs.

**Millennium Radiology, LLC, d/b/a Millennium Open MRI, a/a/o Maria D. Rodriguez**,
Appellee.

An appeal from the County Court for Miami-Dade County, Myriam Lehr, Judge.

Michael J. Neimand, House Counsel of United Automobile Insurance Company, for appellant.

David B. Pakula, P.A., and David B. Pakula (Pembroke Pines), Marks & Fleischer, P.A., and Gary Marks (Fort Lauderdale), for appellee.

Before SCALES, HENDON, and MILLER, JJ.

MILLER, J.

Insurer, United Automobile Insurance Company, challenges a final summary judgment entered in favor of appellee, Millennium Radiology, LLC, in a first-party personal injury protection action. On appeal, United Auto argues the "identity of the parties" element of collateral estoppel is not satisfied where the assignees and medical providers are identical but the insured or assignor is different. Recognizing that the trial court did not have the benefit of our decision in United Automobile Insurance Co. v. Millennium Radiology, LLC, 47 Fla. L. Weekly D175a (Fla. 3d DCA Jan. 12, 2022) at the time judgment was rendered, we nonetheless agree. Accordingly, we reverse and remand the order under review.

Reversed and remanded.